# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NORMA MADRIGAL,

     Plaintiff,

   v.

NATIONSTAR MORTGAGE LLC, et al.,

     Defendants.

Case No.  1:15-cv-00809-SAB

ORDER DENYING MOTION TO DISMISS AS MOOT

ECF NO. 4

On June 5, 2015, Defendant Nationstar Mortgage LLC ("Nationstar") filed a motion to dismiss.  (ECF No. 4.)  Subsequently, on June 17, 2015, Plaintiff Norma Madrigal ("Plaintiff") filed a First Amended Complaint.  (ECF No. 11.)  Accordingly, the June 5, 2015 motion to dismiss is rendered moot in light of the First Amended Complaint.  To the extent that the arguments raised in the motion to dismiss have applicability to the First Amended Complaint, Defendant may raise those arguments in a subsequent motion to dismiss.

Based upon the foregoing, it is HEREBY ORDERED that the June 5, 2015 motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

Dated:  **June 18, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1