# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MADRIGAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00809-SAB<br><br>ORDER RE NON-MONETARY STATUS OF DEFENDANT BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br><br>(ECF No. 19) |

Having read and considered the Stipulation re Non-Monetary Status of Defendant Barrett Daffin Frappier Treder & Weiss, LLP, and good cause appearing, it is HEREBY ORDERED that:

1. The Stipulation re Non-Monetary Status of Defendant Barrett Daffin Frappier Treder & Weiss, LLP is approved;

2. Defendant Barrett Daffin Frappier Treder & Weiss, LLP shall have no liability to plaintiffs for any monetary damages, attorney's fees and/or costs of suit;

3. Barrett Daffin Frappier Treder & Weiss, LLP shall be bound by any non-monetary judgment or order that may be entered by the Court concerning ownership and title to the subject real property, the validity, enforceability and priority of the subject Deed of Trust, and/or the non-judicial foreclosure proceeding; and

4. Defendant Barrett Daffin Frappier Treder & Weiss, LLP shall be deemed a nominal party to this action, shall not be required to actively participate in further proceedings in the action and shall be treated as a nonparty for discovery purposes.

IT IS SO ORDERED.

Dated: **September 9, 2015**

UNITED STATES MAGISTRATE JUDGE