# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MADRIGAL,<br><br>                Plaintiff,<br><br>        v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>                Defendants. | Case No.  1:15-cv-00809-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO TERMINATE BRYAN M. LEIFER AS COUNSEL FOR DEFENDANT<br><br>(ECF No. 32) |

On September 11, 2015, Defendant Nationstar Mortgage LLC filed a notice that Bryan M. Leifer is no longer representing them in this action.  Accordingly, the Clerk's Office is HEREBY DIRECTED to terminate Bryan M. Leifer as attorney of record for Defendant Nationstar Mortgage LLC.

IT IS SO ORDERED.

Dated:   **September 14, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1