UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MADRIGAL, an individual; | ) CASE NO: 1:15-CV-00809-SAB |
| Plaintiff, | ) |
| | ) **ORDER CONTINUING SETTLEMENT** |
| v. | ) **CONFERENCE TO MAY 26, 2016 AT** |
| | ) **10:00 AM** |
| NATIONSTAR MORTGAGE, LLC; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; and DOES 1 through 50, inclusive, | ) |
| | ) COMPLAINT FILED: MAY 19, 2015 |
| | ) FAC FILED: JUNE 17, 2015 |
| Defendants. | ) SAC FILED: AUGUST 4, 2015 |
| | ) TRIAL DATE: JUNE 6, 2017 |

Pursuant to the parties' Stipulation and good cause appearing, the settlement conference in this case is continued to May 26, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **February 5, 2016**          **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE