# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MADRIGAL,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00809-SAB<br><br>ORDER GRANTING REQUEST TO WITHDRAW AS COUNSEL<br><br>(ECF No. 53) |

On July 14, 2016, Plaintiff Norma Madrigal filed a consent order granting substitution of counsel. Since Plaintiff seeks to represent herself in this action, the court construes the filing as a motion for withdrawal of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall terminate Lauren Rode as counsel of record in this action; and

2. Norma Madrigal shall be proceeding pro se in this action.

IT IS SO ORDERED.

Dated: __**July 18, 2016**__

UNITED STATES MAGISTRATE JUDGE

1