# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MADRIGAL,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>    Defendants. | Case No.  1:15-cv-00809-SAB<br><br>ORDER VACATING MARCH 8, 2017 HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Defendant Nationstar Mortgage LLC filed a motion for summary judgment on January 31, 2017.  Oral argument on Defendant Nationstar's motion for summary judgment was set for March 8, 2017.  On February 22, 2017, Plaintiff filed a notice of change of address and on February 23, 2017, Defendant Nationstar filed a notice that all all documents have previously been served on Plaintiff's address on file.  However, Defendant Nationstar did reserve all documents filed and submitted to the court since January 31, 2017 on Plaintiff at her new address.  The court notes that there is no indication that any documents previously served on Plaintiff at her address of record have been returned.

Pursuant to the Local Rule, Plaintiff's opposition to the motion for summary judgment was due on February 22, 2017. L.R. 230(c).  Plaintiff did not file a timely opposition to the motion.  The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument.  L.R. 230(c).

1   Accordingly, IT IS HEREBY ORDERED that the hearing set for March 8, 2017, is
2   VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **February 24, 2017**

_____
UNITED STATES MAGISTRATE JUDGE