# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA MADRIGAL, | Case No. 1:15-cv-00809-SAB |
| Plaintiff, | ORDER GRANTING IN PART REQUEST TO SEAL DOCUMENTS |
| v. | (ECF No. 70) |
| NATIONSTAR MORTGAGE LLC, et al., | FOUR DAY DEADLINE |
| Defendants. | |

On January 31, 2017, Defendant Nationstar Mortgage LLC filed a motion for summary judgment and a motion to filed documents in support of the motion under seal. On February 21, 2017, an order issued finding that Defendant had not shown that compelling reasons exist to seal the documents. See Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1179 (9th Cir. 2006) ("compelling reasons must be shown to seal judicial records attached to a dispositive motion"). On February 27, 2017, Defendant filed a supplement to the motion for summary judgment and a renewed notice to file documents under seal.

The supplement filed on February 27, 2017 contains the documents that Defendant originally requested be filed under seal. While the original documents requested to be sealed contained redactions some additional redactions have been made to the documents filed in the supplement. Defendant's current request is for the Court to seal the following records because they contain nonpublic, personal information of the nonparty borrower who obtained the loan at

issue in the lawsuit:

- The sources of Nationstar's knowledge of the loan and Nationstar's testimony about the loan, payments made on the loan, escrow calculations, communications sent to the borrower, servicing of the loan, and Nationstar's business records and practices. (Nationstar's Decl., ¶¶ 1-7.)
- Loan origination information and information regarding the prior servicer of the loan. (Id. at ¶¶ 8, 10-14.)
- The monthly payments owed, payments received, payments applied to the loan, and payments returned. (Id. at ¶ 9, 16, 18-23, 25, 27, 28-31, Exs. 4-8 (Statements), Ex. 9 (Payment History), Ex. 11 (Collection History).)
- Escrow history of the loan. (Id. at ¶ 15, 17-23, Ex. 3 (Escrow Disclosure Statement), Exs. 4-8 (Statements), Ex. 9 (Payment History).)
- Default and foreclosure notices sent to the borrower. (Id. at ¶¶ 24, 26, Ex. 10 (Notice).)

(Def. Nationstar Mortgage LLC's Renewed Mot. To Seal Docs. 4, ECF No. 70.)

Defendant seeks to seal Nationstar's declaration filed in support of the motion for summary judgment. This appears to refer to the declaration of Nationstar Mortgage LLC in Support of Motion for Summary Judgment which was filed in the public record on February 27, 2017. (ECF No. 69-2 at 1-7.) Further, the information contained within this declaration is set forth in Defendant's motion for summary judgment. (See Statement of Undisputed Facts, ECF No. 62.) As this document and the information set forth within has been filed in the public record, the request to file the document under seal is denied.

Defendant also seeks to file the annual escrow disclosure statement (Exhibit 3), monthly payment information (Exhibits 4-8), payment history (Exhibit 9), default and foreclosure notices (Exhibit 10), and collection history (Exhibit 11) under seal. These documents have been filed in the record with redactions. The Court construes Plaintiff's motion as a request to file unredacted documents under seal.

Upon review of the information that has been redacted from the documents filed in the public record, the Court finds that compelling reasons exist to file the unredacted documents under seal to protect the privacy of the non-party borrower in this action. The Court has reviewed the documents submitted by Defendant to be filed under seal and they are not unredacted copies of the documents. Accordingly, Defendant will be required to submit unredacted copies of the documents so that they may be filed under seal.

/ / /

Based on the foregoing, IT IS HEREBY ORDERED that Defendant Nationstar Mortgage LLC's request to file documents under seal is GRANTED, and within four (4) days of the date of entry of this order, Defendant Nationstar Mortgage LLC shall email a copy of the unredacted documents to saborders@caed.uscourts.gov so that they may be filed under seal.

IT IS SO ORDERED.

Dated:   **March 1, 2017**

UNITED STATES MAGISTRATE JUDGE